IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEIFULLAH ABDUL-SALAAM, | : | No. 4:02-CV-2124 |
| | : | |
| Petitioner | : | Hon. John E. Jones III |
| | : | |
| v. | : | |
| | : | |
| JEFFREY BEARD, Commissioner, | : | THIS IS A CAPITAL CASE |
| Pennsylvania Department of | : | |
| Corrections; WILLIAM S. | : | |
| STICKMAN, Superintendent of the | : | |
| State Correctional Institution at Greene; | : | |
| and JOSEPH P. MAZURKIEWICZ, | : | |
| Superintendent of the State Correctional | : | |
| Institution at Rockview, | : | |
| | : | |
| Respondents | : | |

## ORDER

**April 24, 2014**

**NOW**, **THEREFORE**, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 8), the complete record in this case, and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The petition for writ of habeas corpus (Doc. 8) is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3.  There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253(c).

s/ John E. Jones III
John E. Jones III
United States District Judge