IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEIFULLAH ABDUL-SALAAM, | : | No. 4:02-CV-2124 |
| Petitioner | : | Hon. John E. Jones III |
| v. | : | |
| JEFFREY BEARD, Commissioner, Pennsylvania Department of Corrections; WILLIAM S. STICKMAN, Superintendent of the State Correctional Institution at Greene; and JOSEPH P. MAZURKIEWICZ, Superintendent of the State Correctional Institution at Rockview, | : | THIS IS A CAPITAL CASE |
| Respondents | : | |

## ORDER

### June 18, 2014

**NOW**, **THEREFORE**, upon consideration of Petitioner Seifullah Abdul-Salaam's motion to alter and amend judgment pursuant to Federal Rule of Civil Procedure 59(e) (Doc. 215), and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 215) is **DENIED**.

    s/ John E. Jones III
    John E. Jones III
    United States District Judge