| | |
|---|---|
| COMMONWEALTH | : IN THE COURT OF COMMON PLEAS OF |
| | : CUMBERLAND COUNTY, PENNSYLVANIA |
| V. | : |
| | : |
| SEIFULLAH ABDUL-SALAAM | : |
| OTN: E984857-6 | : CP-21-CR-1499-1994 |

IN RE:   DEFENDANT'S RETURN TRANSPORT

FILED
HARRISBURG, PA
SEP 17 2018
Per
Deputy Clerk

ORDER OF COURT

AND NOW, this 7th day of September, 2018, the authorities at SCI-Camp Hill are directed to transport Mr. Abdul-Salaam back to his home prison, SCI-Greene, at the earliest possible date.

By the Court,

_____
Edward E. Guido, P.J.


Courtney Hair Larue, Esquire
Chief Deputy District Attorney

Amanda Batz, Esquire
Court-appointed Counsel

Clerk of Courts
U.S. District Court
Middle District of PA
(4:02-CV-2124)

Probation

SCI-Camp Hill

:lfr

| | |
|---|---|
| COMMONWEALTH | : IN THE COURT OF COMMON PLEAS OF |
| | : CUMBERLAND COUNTY, PENNSYLVANIA |
| | : |
| V. | : |
| | : |
| SEIFULLAH ABDUL-SALAAM | : |
| OTN: E984857-6 | : CP-21-CR-1499-1994 |

IN RE: APPOINTMENT OF COUNSEL

ORDER OF COURT

AND NOW, this 7th day of September, 2018, Amanda Batz, Esquire, is appointed to represent the Defendant.

By the Court,

_____
Edward E. Guido, P.J.

FILED
HARRISBURG, PA
SEP 17 2018
Per _____
Deputy Clerk

Courtney Hair Larue, Esquire
Chief Deputy District Attorney

Amanda Batz, Esquire
Court-appointed Counsel

Clerk of Courts
U.S. District Court
Middle District of PA
(4:02-CV-2124)

Probation

SCI-Greene

:lfr